(96 South. 370)

Ex parte DAVIS.    (3 Div. 610.)

(Supreme Court of Alabama.    May 3, 1923.)

Certiorari to Court of Appeals.

Petition of Frank Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Frank Davis v. State of Alabama, 96 South. 369.

Powell & Hamilton, of Greenville, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J.    Writ denied.